M.D. Appeal Dkt.
29   2015

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GEORGE D. FISH, STEPHEN HRABRICK AND JONATHAN A. BRISKIN,

Respondents

v.

TOWNSHIP OF LOWER MERION,

Petitioner

: No. 760 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

　　**AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

(1)　　Did the Commonwealth Court err in deciding that the Lower Merion business privilege tax could not apply to a business receiving gross receipts from the business of leasing real estate?